IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.17.232.118

**ISP:** Comcast Cable
**Physical Location:** Danbury, CT

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/06/2018 00:53:52 | 270330701EEC1161D7229136BB938DA1D8ABDF55 | 18 Year Old Models First Time Threesome |
| 10/06/2018 00:49:44 | 8BE143F0CDB4401E6D78AE5E284D02956B0664A2 | Hot Russian Fucking |
| 09/27/2018 11:30:07 | 3B0B7D52F262D73099E503186A4FA9B5C5041C5C | Sexy Movies Cum Inside |
| 09/26/2018 15:15:03 | 023751CF2BC91010B60E336A68AD227F0562D6C6 | Surprise Sex For Three |
| 09/15/2018 22:28:03 | 484FA88462A4177609A2F12E412BA1436F7316F3 | Teach Me About Sex |
| 08/31/2018 00:30:44 | 7E257EBFF8E251B8C7D5B64CE6A7218C3EEF66D8 | Sex And Fashion A Threeway Project |
| 08/31/2018 00:28:00 | CACBB7AA9BE2323342BFE8CFC5F95F754A649E39 | My First Video Is A Threesome |
| 08/26/2018 15:14:18 | CB77E43971A3AD7F4E82151E70B8A2AB98B9660B | Hot Office Sex |
| 08/19/2018 11:40:14 | E0F5AE588A3EB396863483FB8FD6AF8B15C29723 | Cum In For An Orgy |

**Total Statutory Claims Against Defendant: 9**

EXHIBIT A

CT134